**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Justin Goldman,**

**Plaintiff,**

**-against-**

**TelevisaUnivision, Inc.,**

**Defendant.**

**1:26-cv-06017 (JPC) (SDA)**

**ORDER OF SERVICE**

**STEWART D. AARON, United States Magistrate Judge:**

Plaintiff, who is proceeding *pro se*, paid the filing fee to commence this action. (*See* 7/27/26 Docket Entry.) The Clerk of Court is respectfully requested to issue a summons as to TelevisaUnivision, Inc. ("Defendant"). Plaintiff is directed to serve the summons and Complaint[1] on Defendant within 90 days of the issuance of the summons. If, within these 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

The Court is mindful that the electronic docket does not reflect a mailing address for Plaintiff. However, it is Plaintiff's responsibility to maintain an up to date address with the Court and to diligently pursue his case. Nonetheless, this Order will be viewable on the public docket. In addition, the Clerk of Court is respectfully requested to mail a copy of this Order to an address

---

[1] The Court notes that the Complaint refers to two exhibits, but no exhibits are attached to the Complaint (*see* Compl., ECF No. 1) and have not otherwise been filed to the electronic docket. If Plaintiff wishes to have such exhibits considered by the Court, Plaintiff shall ensure that the exhibits are included with the Complaint when served on Defendant and also promptly shall file the exhibits with the Court.

used by Plaintiff in a recent action,[2] which is 15 West 55th Street, New York, NY 10019, and to email the Order to the email address from which Plaintiff transmitted his Complaint, justin@pr1mesound.com, which the Court has added to the electronic docket.

**SO ORDERED.**

DATED: New York, New York
July 31, 2026

Stewart d. Aaron

STEWART D. AARON
United States Magistrate Judge

[2] *See Goldman v. Pro Sportority (Israel) Ltd.*, 26-CV-06111 ECF No. 1.